# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zipps, Jennifer G. | United States District Court, District of Arizona | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

405 W. Congress, Ste. 5170
Tucson, AZ 85701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. April 2017 | Constitutional Law Drafting Committee Multi-State Bar Examination Meeting | $3,500.00 |
| 2. Sept 2017 | Constitutional Law Drafting Committee Multi-State Bar Examination Meeting | $3,500.00 |
| 3. 2017 | Arizona State Retirement System Annuity | $14,158.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | 04/20/2017-04/23/2017 | San Juan, PR | Constitutional Law Drafting Committee Meeting | Travel, lodging, food in conjunction with meeting. |
| 2. | National Conference of Bar Examiners | 09/27/2017 - 10/01/2017 | Incline Village, NV | Constitutional Law Drafting Committee Meeting | Travel, lodging, food in conjunction with meeting. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | K | T | | | | | |
| 2. Princess Jennifer LLC (LLC owns shopping center in NM) | B | Dividend | K | W | | | | | |
| 3. Metropolitan Life money market | D | Interest | O | T | | | | | |
| 4. Bank of America (Accounts) | A | Interest | K | T | | | | | |
| 5. Fidelity Growth Co. Mutual Fund | D | Dividend | M | T | Sold (part) | 06/13/17 | K | D | |
| 6. Fidelity U.S. Government Money Market (SPAXX) (checking account) | A | Dividend | K | T | | | | | |
| 7. Traveler's Insurance, common stock | A | Dividend | J | T | | | | | |
| 8. Fidelity Arizona Municipal Income Fund | C | Dividend | M | T | Sold (part) | 06/13/17 | K | A | |
| 9. Fidelity Arizona Municipal Income Fund | | | | | Sold (part) | 10/30/17 | K | A | |
| 10. Fidelity Spartan 500 Index Fund | C | Dividend | M | T | Sold (part) | 06/13/17 | K | D | |
| 11. Fidelity Select Industrials Portfolio | C | Dividend | K | T | Buy (add'l) | 02/27/17 | K | | |
| 12. Fidelity Select Industrials Portfolio | | | | | Sold (part) | 05/03/17 | K | A | |
| 13. Fidelity Select Consumer Discretionary Portfolio | B | Dividend | K | T | Sold (part) | 02/27/17 | K | B | |
| 14. Fidelity Select Consumer Discretionary Portfolio | | | | | Sold (part) | 05/31/17 | J | B | |
| 15. Fidelity Select Insurance | D | Dividend | L | T | | | | | |
| 16. Fidelity Select Technology | B | Dividend | K | T | Buy | 05/03/17 | K | | |
| 17. Fidelity Select Chemicals | B | Dividend | K | T | Buy | 07/24/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Select Wireless | | None | | | Buy | 05/30/17 | K | | |
| 19. Fidelity Select Wireless | | | | | Sold | 07/24/17 | K | A | |
| 20. Fidelity Select Healthcare | | None | | | Buy | 07/24/17 | K | | |
| 21. Fidelity Select Healthcare | | | | | Sold | 08/31/17 | K | A | |
| 22. Fidelity Select Housing and Construction | | None | | | Buy | 05/03/17 | K | | |
| 23. Fidelity Select Housing and Construction | | | | | Sold | 07/24/17 | K | A | |
| 24. Fidelity Rollover IRA (H) | A | Dividend | O | T | | | | | |
| 25. John Hancock Disciplined Value | A | Dividend | | | Sold | 06/19/17 | K | D | |
| 26. Pimco Income Fund Class A | B | Dividend | | | Sold | 05/22/17 | K | D | |
| 27. Fidelity Contrafund | C | Dividend | M | T | Buy (add'l) | 02/27/17 | K | | |
| 28. Fidelity Contrafund | | | | | Buy (add'l) | 06/26/17 | J | | |
| 29. Fidelity Overseas Fund | B | Dividend | M | T | Buy | 04/03/17 | L | | |
| 30. Fidelity Overseas Fund | | | | | Buy (add'l) | 05/30/17 | K | | |
| 31. Fidelity Overseas Fund | | | | | Buy (add'l) | 06/26/17 | J | | |
| 32. Fidelity Large Cap Value Enhanced Index | C | Dividend | L | T | Sold (part) | 05/30/17 | K | A | |
| 33. Fidelity Large Cap Value Enhanced Index | | | | | Buy (add'l) | 06/26/17 | J | | |
| 34. Fidelity Small Cap Value Enhanced Index | B | Dividend | | | Sold (part) | 04/30/17 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Fidelity Small Cap Value Enhanced Index | | | | | Sold | 05/30/17 | L | E | |
| 36. Fidelity Event Driven Opportunities | D | Dividend | L | T | Buy<br>(add'l) | 05/26/17 | J | | |
| 37. Fidelity Low Priced Stock Fund | | None | | | Sold<br>(part) | 01/30/17 | K | B | |
| 38. Fidelity Low Priced Stock Fund | | | | | Sold | 02/27/17 | K | D | |
| 39. Fidelity Growth Strategies Fund | A | Dividend | M | T | Buy<br>(add'l) | 01/30/17 | K | | |
| 40. Fidelity Growth Strategies Fund | | | | | Buy<br>(add'l) | 06/26/17 | J | | |
| 41. Fidelity Blue Chip Growth Fund | C | Dividend | M | T | Buy | 05/26/17 | J | | |
| 42. Fidelity Blue Chip Growth Fund | | | | | Buy | 06/26/17 | J | | |
| 43. Fidelity U.S. Government Money Market (SPAXX) | A | Dividend | J | T | | | | | |
| 44. Fidelity Small Cap Growth | C | Dividend | L | T | Buy | 05/30/17 | L | | |
| 45. Fidelity Small Cap Growth | | | | | Buy<br>(add'l) | 06/26/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

The value for the LLC listed on line 2 is the cost of the interest in the LLC when obtained just prior to the purchase of the shopping center in August, 2006.

The Metropolitan Life money market account on line 3 is a settlement option for a life insurance policy. It has no assets selected by or reported to the policyholder.

If a mutual fund was traded more than once during the year, the mutual fund is listed on multiple lines. (See e.g. lines 11-12 (listing a purchase on line 11 and a sale on line 12 of Fidelity Select Industrials Portfolio). If a mutual fund is listed on multiple lines, the income during the reporting period (Column B) and gross value at the end of the reporting period (Column C) is reported on the first line for that mutual fund only. To avoid overstating income and value, columns B and C are left blank for all subsequent lines on which the same mutual funds appears. See lines 12, 14, 19, 21, 23, 28, 30-31, 33, 35, 38, 40, 42, and 45.

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 05/15/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennifer G. Zipps**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544